| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAFWAT MORSY and SHADIA SOLIMAN, | ) | |
| | ) | Case No. 06-1742 MJJ |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO EXTEND |
| DEPARTMENT OF HOMELAND SECURITY, | ) | TIME WITHIN WHICH THE |
| Michael Chertoff, Secretary; US ATTORNEY | ) | DEFENDANTS MUST FILE |
| GENERAL, Alberto R. Gonzales; UNITED | ) | AN ANSWER  and ORDER |
| STATES CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, Eduardo Aguirre, Jr., Director; | ) | |
| UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, Alfonso Aguilar, | ) | |
| Chief; UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, David Still, | ) | |
| District Director, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before May 26, 2006.

///

///

Stip. to Extend Time
C06-1742 MJJ                                           1

| | | |
|---|---|---|
| 1 | Dated: May 17, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Date: May 17, 2006        /s/
                          DAVID S. WRIGHT
                          Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/18/2006

MARTIN J. JENKINS
United States District Judge

Stip. to Extend Time
C06-1742 MJJ                               2