| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAFWAT MORSY, SHADIA SOLIMAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, Michael Chertoff, Secretary; )<br>US ATTORNEY GENERAL, Alberto R. )<br>Gonzales; UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICES, Eduardo Aguirre, Jr., )<br>Director; UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICES, Alfonso Aguilar, Chief; )<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, David Still, )<br>District Director, )<br>)<br>Defendants. )<br>_____) | No. C-06-1742-MJJ<br><br>**STIPULATION TO DISMISS; AND**<br>**[PROPOSED] ORDER** |

The plaintiffs, by and through their attorney of record, and defendants, by and through their

attorneys of record, hereby stipulate, subject to approval by the Court, to dismissal of the above-

entitled action without prejudice because the defendants have agreed and committed to adjudicate each

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 06-1742-MJJ                                    1

plaintiff's application for naturalization within 21 days of the dismissal of this case.[1]

Each of the parties shall bear their own costs and fees.

Dated: September 5, 2006           /s/
                                   DAVID S. WRIGHT
                                   Law Office of David S. Wright
                                   Attorney for Plaintiffs


Dated: September 5, 2006           /s/
                                   EDWARD A. OLSEN[2]
                                   Assistant United States Attorney
                                   Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/14/2006                   _____
                                   MARTIN J. JENKINS
                                   United States District Judge

---

[1] If the plaintiffs choose to submit additional evidence to the United States Citizenship and Immigration Services in support of their applications for naturalization, however, the defendants agree to promptly issue a decision on the applications after that evidence is submitted.

[2] I, Edward A. Olsen, attest that both David Wright and I have signed this stipulation.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 06-1742-MJJ                              2